**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Case No. 16-42312-mxm13** |
| **Marla Dena Lee** | § | **Chapter 13** |
| **Debtor,** | § | |

**RESPONSE(OPPOSITION) OR NON-OPPOSITION) OF BSI FINANCIAL SERVICES**
**AS MORTGAGE SERVICER FOR U.S. BANK TRUST N.A. AS TRUSTEE OF**
**BUNGALOW SERIES F TRUST TO TRUSTEE'S NOTICE OF AMOUNT DEEMED**
**NECESSARY TO CURE MORTGAGE ARREARS [Doc. #63]**

COMES NOW, BSI Financial Services ("BSI Financial") as Mortgage Servicer for U.S. Bank Trust N.A., as Trustee of Bungalow Series F Trust ("Creditor"), who, for its Response to the Trustee's Notice of Amount Deemed Necessary to Cure Mortgage Arrears  Mid Case][Doc. # 63], would show the Court as follows:

1. Creditor **agrees** with the Trustee's Notice as to Court Claim #4, Trustee Claim #1 and that the principal amount necessary to cure the pre-petition mortgage arrearage claim to be paid by the Trustee  is $0.00 as of the Date of the Trustee's Notice, having paid $1,000.00 on said claim as of the date of Trustee's Notice.

2. As to Court Claim #4, Trustee Claim #2, Creditor states that the Debtor **is not** current on all post petition payments consistent with 11 U.S.C. § 1322(b)(5) of the Bankruptcy code, including all fees, charges, expenses, escrow, and costs. Creditor asserts that the total amount remaining unpaid as of May 4, 2018 is:

   a. Total postpetition on going payment due: $44,065.93

   b. Total fees, charges, expenses, escrow, costs outstanding: $0.00

   c.  Total amounts due postpetition:. $44,065.93

Creditor asserts that the Debtor is contractually obligated for Postpetiton payments that first became due on July 1, 2016. Attached as Exhibit A is an itemized payment history disclosing all payments received, all fees, costs, escrow, and expenses assessed to the mortgage and all amounts the creditor contends remain unpaid from the date of the bankruptcy filing through the date of this response.

Respectfully submitted,

/S/RICHARD E. ANDERSON
Richard E. Anderson
State Bar No. 01209010
Anderson Vela, LLP
4920 Westport Drive
The Colony, Texas 75056
(214) 276-1545, Ext. 207 - Phone
(214) 276-1546 - Fax
RAnderson@Andersonvela.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the RESPONSE OF CREDITOR IN RESPONSE TO TRUSTEE'S NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS was served on the 25th day of May, 2018.  Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.


/S/RICHARD E. ANDERSON
Richard E. Anderson


BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

**Debtor**
Marla Dena Lee
1941 Forest Park Blvd (Property)
Fort Worth, TX 76110

**Debtor**
Marla Dena Lee
1941 Forest Park Blvd (Mailing)
Fort Worth, Texas 76110

**Debtor's Attorney**
Wally Woodrow Wadsworth
Wadsworth Law Firm
606 W. Wheatland Rd., Suite 107
Duncanville, Texas75116
law@wallywadsworth.com

**Trustee**
Tim Truman
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180

**US Trustee**
U.S. Trustee
1100 Commerce Street Room 976
Dallas, Texas 75242

<u>CREDITOR ATTORNEY</u>

**Kristen Leigh Baker**
Hughes Watters & Askanase, LLP
333 Clay Drive, 29th Floor
Houston, TX 77002
(713) 328-2881
(713) 351-0381 (fax)
kb@hwa.com
 *Assigned: 08/17/2016*

representing

**Select Portfolio Servicing, Inc**
*(Creditor)*

**Melissa Linell Palo**
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
(214) 880-0089
(469) 221-5003 (fax)
melissa.palo@lgbs.com
 *Assigned: 06/21/2016*

representing

**Tarrant County**
Linebarger Goggan Blair &
Sampson, LLP
c/o Melissa L. Palo
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207
214-880-0089
469-221-5003 (fax)
dallas.bankruptcy@lgbs.com
*(Creditor)*

**Yoshie Valadez**
McCarthy & Holthus, LLP
1255 West 15th Street, Suite 1060
Plano, TX 75075
(214) 291-3800
(214) 291-3801 (fax)
mhtbkanhsselffilings@mccarthyholthus.com
 *Assigned: 08/15/2016*

representing

**Seterus Inc.**
PO BOX 1047
Hartford, CT 06143
*(Creditor)*

**Michael L. Weems**
Hughes Watters & Askanase
333 Clay, 29th Floor
Houston, TX 77002
713 328-2822
713 759-6834 (fax)
mlw@hwa.com
 *Assigned: 11/21/2016*

representing

**Select Portfolio Servicing, Inc**
*(Creditor)*

/s/ Richard E. Anderson
RICHARD E. ANDERSON

| ACCOUNT #: | PAYMENTS: | | TAX DISBURSEMENT: | | PMI : | INSURANCES | | SINGLE RECIEPT: | | TAX DISBURSEMENT: | | FORCEPLACED INS: | | PAYMENTS: | | HOMEOWNERS INS: | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/23/2015 | $772.85 | 12/8/2015 | ($6,926.09) | | 9/17/2015 | ($154.00) | | | 12/1/2017 | ($8,212.02) | | | | | 10/19/2017 | ($3,084.00) |
| | 7/21/2015 | $868.06 | 12/2/2016 | ($7,559.57) | | 10/8/2015 | $154.00 | | | | | | | | | | |
| | 9/16/2015 | $868.06 | | | | 10/14/2015 | ($160.00) | | | | | | | | | | |
| | 11/5/2015 | $868.06 | | | | 10/15/2015 | ($3,327.00) | | | | | | | | | | |
| | | | | | | 10/29/2015 | ($160.00) | | | | | | | | | | |
| | | | | | | 1/25/2016 | $160.00 | | | | | | | | | | |
| | | | | | | 9/15/2016 | ($2,863.00) | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| TOTALS: | $3,377.03 | | ($14,485.66) | | $0.00 | ($6,350.00) | | $0.00 | | ($8,212.02) | | $0.00 | | $0.00 | | ($3,084.00) | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | BSI PAID: | | ($11,296.02) | | | | | | | | | |
| | | | | | | TOTAL BALANCE: | | ($30,670.23) | | | | | | | | | |

**LOAN TRANSFER TO PREVIOUS SERVICER:** ($1,915.58)
**LOAN TRANSFER TO BSI FINANCIAL SERVICES:** ($19,374.21)
**TOTAL ESCROW BALANCE:** ($30,670.23) $0.00


EXHIBIT
A

 BSI Financial Services

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 7/1/2016 | $1,047.85 | $868.06 | $1,915.91 | Filed w/ POC |
|  |  | $0.00 |  | NOPC |
|  |  | $0.00 |  |  |
|  |  | $0.00 |  |  |
|  |  | $0.00 |  |  |
|  |  | $0.00 |  |  |

### Loan Information

| | |
|---|---|
| Loan # | |
| Borrower | Lee |
| BK Case # | 16-42312 |
| Date Filed | 6/11/2016 |
| First Post Petition | |
| Due Date | 7/1/2016 |
| POC Covers | 3/1/15-6/1/16 |

POC filed by DA

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | APO Credit | APO Debit | APO Suspense Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2017 | | Trustee Payment | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | $1,000.00 | | $1,000.00 | $1,000.00 | |

(subsequent rows: Over/Short $0.00, Suspense Balance $0.00, APO Suspense Balance $0.00, APO Paid to Date $0.00, POC Suspense Balance $1,000.00, POC Paid to Date $1,000.00)

| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $0.00 | | | $0.00 | $0.00 | | | $1,000.00 | $1,000.00 | |