**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Case No. 16-42312** |
| **Marla Dena Lee** | § | **Chapter 13** |
| **Debtor,** | § | |

**RESPONSE (OPPOSITION) OF BSI FINANCIAL SERVICES AS MORTGAGE**
**SERVICER FOR U.S. BANK TRUST N.A. TO TRUSTEE'S NOTICE OF AMOUNT**
**DEEMED NECESSARY**
**TO CURE MORTGAGE ARREARS [Doc. #119]**

COMES NOW, BSI Financial Services ("BSI") as Mortgage Servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust ("Creditor"), who, for its Response to the Trustee's Notice of Amount Deemed Necessary to Cure Mortgage Arrears-Mid Case] [Doc. #119], would show the Court as follows:

1. Creditor **agrees** with the Trustee's Notice as to Pre Petition Arrearage, Court Claim #4, Trustee Claim #1 and that the principal amount necessary to cure the pre-petition mortgage arrearage claim to be paid by the Trustee is $0.00 as of the Date of the Trustee's Notice, having paid $1,000.00 on said claim as of the date of Trustee's Notice.

2. Creditor **does not agree** with the Trustee's Notice as to Post-Petition Arrearage, Court Claim #4, Trustee Claim #20 and that the principal amount necessary to cure the post-petition mortgage arrearage claim to be paid by Debtor directly is $55,560.39 as of the Date of the Trustee's Notice, having paid $0.00 on said claim as of the date of Trustee's Notice. On May 25, 2018, Creditor had filed an response to a previous Trustees Notice of Amount Deemed Necessary to Cure (Docket #71) and stated that

Debtor was behind on their post petition payments in the total amount of $44,065.93. On November 20, 2018 Creditor subsequently filed a Motion for Relief from Automatic Stay and claimed that as of November 1, 2018 Debtor was then due for $55,560.39. Debtor then entered into a Trial Modification Plan pending a final loan modification to be approved by the Court with Creditor to resolve the post-petition arrears. On July 7, 2019 Creditor sent notice to Debtor that the final loan modification had been denied due to a failure to provide an executed modification agreement. Debtor also failed to file a Motion with the Court to approve the final modification.

2.  As to   Court Claim #4, Trustee Claim #2, Creditor states that the Debtor   **is not** current on all post petition payments consistent with 11 U.S.C. § 1322(b)(5) of the Bankruptcy code, including all fees, charges, expenses, escrow, and costs. In addition to the post petition arrears, Debtor's next payment  to Creditor is due for June 1, 2019, as of the date this response is filed. Attached hereto as Exhibit "A" is a current post-petition pay history.

Respectfully submitted,

/S/RICHARD E. ANDERSON
Richard E. Anderson
State Bar No. 01209010
Anderson Vela, LLP
4920 Westport Drive
The Colony, Texas 75056
(214) 276-1545, Ext. 207 - Phone
(214) 276-1546 - Fax
RAnderson@Andersonvela.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the RESPONSE OF CREDITOR IN RESPONSE TO TRUSTEE'S NOTICE OF AMOUNT DEEMED NECESSARY TO CURE MORTGAGE ARREARS was served on the 12th day of March, 2020.  Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

/S/RICHARD E. ANDERSON
Richard E. Anderson

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Marla Dena Lee
1941 Forest Park Blvd
 Fort Worth, Texas 76110

DEBTOR'S ATTORNEY
Wally Woodrow Wadsworth
Wadsworth Law Firm
606 W. Wheatland Rd.
 Suite 107
Duncanville, Texas 75116

TRUSTEE
Tim Truman
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX 76180

U.S. TRUSTEE
U.S. Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242

CREDITOR ATTORNEY

| | | |
|---|---|---|
| Kristen Leigh Baker<br>Hughes Watters & Askanase, LLP<br>333 Clay Drive, 29th Floor<br>Houston, TX 77002<br>(713) 328-2881<br>(713) 351-0381 (fax)<br>kb@hwa.com<br>*Assigned: 08/17/2016* | representing | Select Portfolio Servicing, Inc<br>*(Creditor)* |
| Melissa Linell Palo<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>(214) 880-0089<br>(469) 221-5003 (fax)<br>melissa.palo@lgbs.com<br>*Assigned: 06/21/2016* | representing | Tarrant County<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207<br>214-880-0089<br>469-221-5003 (fax)<br>dallas.bankruptcy@lgbs.com<br>*(Creditor)* |
| Yoshie Valadez<br>McCarthy & Holthus, LLP<br>1255 West 15th Street, Suite 1060<br>Plano, TX 75075<br>(214) 291-3800<br>(214) 291-3801 (fax)<br>mhtbkanhsselffilings@mccarthyholthus.com<br>*Assigned: 08/15/2016* | representing | Seterus Inc.<br>PO BOX 1047<br>Hartford, CT 06143<br>*(Creditor)* |
| Michael L. Weems<br>Hughes Watters & Askanase<br>333 Clay, 29th Floor<br>Houston, TX 77002<br>713 328-2822<br>713 759-6834 (fax)<br>mlw@hwa.com<br>*Assigned: 11/21/2016* | representing | Select Portfolio Servicing, Inc<br>*(Creditor)* |

By: /s/ Richard Anderson
RICHARD E. ANDERSON

---



| Payment Changes | | | | |
|---|---|---|---|---|
| Date | P&I | Escrow | Total | Notice Filed |
| 7/1/2016 | $1,047.85 | $868.06 | $1,915.91 | Per System |
| 11/1/2019 | $1,047.85 | $1,166.23 | $2,214.08 | 10/10/2019 |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |
| | | $0.00 | | |



| Loan Information | |
|---|---|
| Loan # | |
| Borrower | Lee |
| BK Case # | 16-42312 |
| Date Filed | 6/11/2016 |
| First Post Petition Due Date | 7/1/2016 |
| POC Covers | 3/1/15-6/1/16 — POC filed by DA |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/4/2017 | | Trustee Payment | | | $0.00 | | | $0.00 | $1,000.00 | | $1,000.00 | $1,000.00 | |
| 12/18/2018 | $1,794.47 | suspense | | | | $1,794.47 | | $1,794.47 | | | $1,000.00 | $1,000.00 | |
| | | APO enteered 1/31/19, due to TPP and resume pmmt 1/1/19 ***Failed to completed loan mod **** | | | $0.00 | | | $1,794.47 | | | $1,000.00 | $1,000.00 | |
| 1/15/2019 | $1,794.47 | 1/1/2019 | 3/1/2015 | $1,915.91 | -$121.44 | | $121.44 | $1,673.03 | | | $1,000.00 | $1,000.00 | |
| 2/8/2019 | $1,794.47 | 2/1/2019 | 4/1/2015 | $1,915.91 | -$121.44 | | $121.44 | $1,551.59 | | | $1,000.00 | $1,000.00 | |
| 3/8/2019 | $1,794.47 | 3/1/2019 | 5/1/2015 | $1,915.91 | -$121.44 | | $121.44 | $1,430.15 | | | $1,000.00 | $1,000.00 | |
| 4/26/2019 | $1,827.47 | 4/1/2019 | 6/1/2015 | $1,915.91 | -$88.44 | | $88.44 | $1,341.71 | | | $1,000.00 | $1,000.00 | |
| 5/31/2019 | $1,052.78 | 5/1/2019 | 7/1/2015 | $1,915.91 | -$863.13 | | $863.13 | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| Post petition due | | 6/1/2019 | | $2,214.08 | -$2,214.08 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 7/1/2019 | | $2,214.08 | -$4,428.16 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 8/1/2019 | | $2,214.08 | -$6,642.24 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 9/1/2019 | | $2,214.08 | -$8,856.32 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 10/1/2019 | | $2,214.08 | -$11,070.40 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 11/1/2019 | | $2,214.08 | -$13,284.48 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 12/1/2019 | | $2,214.08 | -$15,498.56 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | 1/1/2020 | | $2,214.08 | -$17,712.64 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |
| | | | | | $0.00 | | | $478.58 | | | $1,000.00 | $1,000.00 | |